IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                                      3:11cv194-WS

DANIEL J. LEVITAN and
PAMELA H. LEVITAN,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 5) docketed May 24, 2011. The magistrate judge recommends that the case be remanded to state court. The removing defendants have filed no objections to the magistrate judge's report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 5) is hereby ADOPTED and incorporated by reference in this order.

2. The clerk shall remand this action, which includes state court case numbers 2009CF1932A, 2009CF3786A, and 2009CF3786B, to the Circuit Court in and for Escambia County, Florida.

DONE AND ORDERED this <u>   23rd   </u> day of <u>   June   </u>, 2011.

<u>s/ William Stafford                            </u>  
WILLIAM STAFFORD  
SENIOR UNITED STATES DISTRICT JUDGE