IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.        3:11cv194-WS

DANIEL J. LEVITAN and
PAMELA H. LEVITAN,

    Defendants.

ORDER DENYING DANIEL J. LEVITAN'S MOTION TO
ISSUE JUDGMENT AS FINAL

Defendants, Daniel J. Levitan and Pamela H. Levitan, non-prisoners proceeding pro se, commenced this action on April 25, 2011, by filing a notice of removal, pursuant to 28 U.S.C. § 1441, seeking to remove the following state court criminal prosecutions filed in the Circuit Court for Escambia County, Florida: (1) State of Florida v. Daniel J. Levitan, Case No. 2009CF1932A, and (2) State of Florida v. Daniel J. Levitan and Pamela H. Levitan, Case Nos. 2009CR3786A and B. Doc. 1. Upon review, the magistrate judge concluded that this court lacked a proper basis for removal jurisdiction over the state court criminal prosecutions and, accordingly, recommended that the cases be remanded to the state court. On June 23, 2011, this court adopted the magistrate judge's thorough and well-reasoned report and recommendation and directed the clerk to

remand the cases to the Escambia County Circuit Court. A certified copy of the order of remand was sent to the state court, and that court has since advised this court that Levitan's attempted removal of the cases to federal court did not interrupt the now-completed state prosecutions.

Levitan thereafter appealed this court's order of remand to the Eleventh Circuit, which dismissed the appeal for want of prosecution because Levitan failed to pay the required filing and docketing fees. Levitan then filed a petition for writ of certiorari to the United States Supreme Court. The Supreme Court denied Levitan's petition without explanation on October 9, 2012.

Before the court at this time is Daniel J. Levitan's motion to issue a final judgment. Doc. 28. Finding no merit to Levitan's motion, and mindful that neither this court nor any federal court ever had jurisdiction over the cases the Levitans sought to remove, it is ORDERED:

1. Levitan's motion (doc. 28) to issue a final judgment is DENIED.

2. The clerk shall send a copy of this order to the Escambia County Circuit Court.

DONE AND ORDERED this ___4th___ day of ___March___, 2013.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE